IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AARON JOHNSON,

    Plaintiff,

vs.                                  Case No:  3:05cv87/MCR/EMT

FRANSIS JONES, JUDY COOK,
and LEWIS WILLIAMS,

    Defendants.
    _____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 2, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  This cause is **DISMISSED** for lack of subject matter jurisdiction and the clerk is directed to close the file.

    **DONE AND ORDERED** this 16th day of May, 2005.

                          _s/ M. Casey Rodgers_
                          **M. CASEY RODGERS**
                          **UNITED STATES DISTRICT JUDGE**